

# United States District Court
# Eastern District of California

| Rudimildo Mendez Roblero |
| --- |

Plaintiff(s)

Case Number: | 1:26-cv-01550-DC-CSK |
| --- |

V.

| Pamela Bondi et al. |
| --- |

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Jan Peter Weiss _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
Rudimildo Mendez Roblero

On _____ 02/24/1982 _____ (date), I was admitted to practice and presently in good standing in the
_____ Southern District of Florida _____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: _____ 02/18/2026 _____       Signature of Applicant: /s/ Jan Peter Weiss _____

**Pro Hac Vice Attorney**

Applicant's Name: Jan Peter Weiss

Law Firm Name: Law Office of Jan Peter Weiss

Address: 1926 10th Avenue North

Suite 400

City: Lake Worth    State: FL    Zip: 33461

Phone Number w/Area Code: (561) 582-6401

City and State of Residence: Lake Worth, Florida

Primary E-mail Address: jan@janpweissesq.com

Secondary E-mail Address: legal@janpweissesq.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Sabrina Damast

Law Firm Name: Law Office of Sabrina Damast

Address: 510 West 6th Street

Suite 330

City: Los Angeles    State: CA    Zip: 90014

Phone Number w/Area Code: (323) 475-8716    Bar # 305710

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 24, 2026

Dena Coggins
United States District Judge